IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **United States of America** | * |
| | * |
| *Appellee,* | * |
| | *    No.    14-4551 |
| v. | * |
| | * |
| **Amir Faraz** | * |
| | * |
| *Appellant* | * |
| | * |

**AMENDED MOTION FOR APPROVAL OF COSTS FOR
REPRODUCTION OF TRIAL TRANSCRIPT**

Comes now, Amir Faraz, by and through undersigned counsel, and respectfully requests that this Court approve the expenditure of funds associated with the reproduction of his trial transcripts. In support of this Motion, counsel states:

1. Mr. Faraz' appeal is currently pending before this Court. On February 18, 2015, the transcripts were filed and a briefing schedule entered. The undersigned has received the transcripts from the court reporters in electronic format.

2. The underlying trial was extensive, resulting in a transcript of 2238 pages. Generating a double-sided print-out would cost $135.00, in excess of the $75.00 limit generally imposed by the Court.

3. In order to fully assist undersigned counsel with his appeal, Mr. Faraz has requested that he be provided with a copy of his trial transcript.

WHEREFORE, Mr. Faraz respectfully requests that this Court grant approval to expend $135.00 for printing the transcript.

Respectfully submitted,

_____/s/_____
Marta K. Kahn
The Law Office of Marta K. Kahn
8 E. Mulberry St.
Baltimore, MD 21202
(410) 299-6966

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, the foregoing Motion for Approval of Costs for Reproduction of Transcript was served on Deborah Johnston, Assistant United States Attorney, via ECF.

_____/s/_____
Marta K. Kahn